UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 1:09-CR-32-SPM/AK-1

NICKSON EVERETT PETTIS,

    Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court on the Defendant's Motion to Continue (doc. 21). The Defendant's trial is scheduled for the February 1, 2010, trial term. However, Defendant states that it is in the interest of judicial economy to continue the trial, as the Defendant has a change of plea hearing, scheduled for February 3, 2010, before the United States Magistrate Judge.

The Court finds that the ends of justice warrant a continuance under these circumstances, and that this continuance outweighs the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly, good cause being found, it is hereby

    **ORDERED AND ADJUDGED**:

    1.    The Motion to Continue is *granted*.

    2.    The Defendant's trial is reset for the trial term beginning **March 1,**

**2010.**

**SO ORDERED** this <u>twenty-seventh</u> day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge