**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE  DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO. 1:09-cr-32-SPM/AK-1**

**NICKSON EVERETT PETTIS,**

   **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 30) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **NICKSON EVERETT PETTIS**, to Counts One and Two of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

   **DONE AND ORDERED** this <u>ninth</u> day of February, 2010.

   _s/ Stephan P. Mickle_

   Stephan P. Mickle
   Chief United States District Judge